In The



Court of Appeals



Ninth District of Texas at Beaumont



 ______________________ 


 

NO. 09-06-526 CV 


______________________


 

ROSE WILSON, Appellant



V.



WEST CARDINAL 140 LP, Appellee






On Appeal from the County Court at Law No. 1


 Jefferson County, Texas


Trial Cause No. 105337






MEMORANDUM OPINION


 On February 1, 2007, we notified the parties that the appeal would be dismissed for
want of prosecution unless arrangements were made for filing the record or the appellant
explained why she needed time for filing the record. Appellant did not respond. The
appellant is not entitled to proceed without payment of costs. Tex. R. App. P. 20.1. There
being no satisfactory explanation for the failure to file the record, we dismiss the appeal for
want of prosecution. Tex. R. App. P. 37.3(b). Costs are assessed against appellant.

 APPEAL DISMISSED. 

 ____________________________

 DAVID GAULTNEY

 Justice


Opinion Delivered March 22, 2007

Before Gaultney, Kreger, and Horton, JJ.